UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 08-131 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DETENTION ORDER |
| | ) | |
| CALVIN EUGENE BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:     Assault of Federal Officer

<u>Date of Detention Hearing</u>:     March 19, 2008

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Mr. Bennett is charged by complaint with an assault with a knife on a Federal Protective Service contract employee at the offices of the Social Security Administration.

2. Mr. Bennett was not interviewed by Pretrial Services. There is little information available about his background, personal history, mental health history, criminal history, or other pertinent information. He does not present any evidence or information in opposition to detention. It is likely that a mental health competency evaluation will be conducted.

3. The defendant poses a risk of nonappearance due to possible mental health issues and the lack of verified background information. He poses a risk of danger due to the nature of the instant offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01        counsel for the defendant, to the United States Marshal, and to the United States

02        Pretrial Services Officer.

03   DATED this <u>19th</u> day of March, 2008.

04

05                                 Mary Alice Theiler
                                United States Magistrate Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                     15.13
18 U.S.C. § 3142(i)                                    Rev. 1/91
PAGE 3